FILED
IN OPEN COURT

JAN - 6 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | | |
|---|---|---|
| IN RE: | ) | **UNDER SEAL** |
| | ) | |
| GRAND JURY PROCEEDINGS | ) | CASE NUMBER 2:22-cr-3 |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Darryl J. Mitchell, Assistant United States Attorney, pursuant to Local Criminal Rule 49(B) moves to seal the indictment and arrest warrant in this case.

Premature disclosure of the charges against the defendant could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, could jeopardize the safety of the arresting officers, or otherwise could jeopardize the investigation and the ability of agents to locate and arrest the defendant. For the same reasons, sealing also is necessary to avoid notification of the existence of the arrest warrant. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted "for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

The United States requests that the indictment and arrest warrant remain under seal until the arrest of the named defendant, at which time the indictment may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the indictment be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the

sealed arrest warrant be made available to agents of the Department of Homeland Security for execution.

Jessica D. Aber
United States Attorney

_____
Darryl J. Mitchell
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
(757) 441-6331
Email: Darryl.Mitchell@usdoj.gov
